# EXHIBIT A



| | |
|---|---|
| Statement Date: November 1, 2013 | **Your Benefits Resources™** |
| | http://resources.hewitt.com/allstate |


S000076
CAROL L. GRIGGS
556 ACADIA TRAIL
ROSELLE IL  60172

**Allstate Benefits Center**
1-888-255-7772
8 a.m. to 6 p.m., Central Time, Monday through Friday.

# Health & Welfare
# Beneficiary Confirmation Notice

This notice confirms your beneficiary designation(s) on file and is for your records only. **Do not mark, revise, or return this form.**

If you need to make corrections or make a new beneficiary designation, please access the Your Benefits Resources™ Web site at **http://resources.hewitt.com/allstate** and make the appropriate change or call the Allstate Benefits Center at **1-888-255-7772**.

If you designated multiple primary beneficiaries and a primary beneficiary predeceases you, the deceased primary beneficiary's share will be allocated on a pro rata basis to the surviving primary beneficiaries. This same pro rata approach applies to multiple contingent beneficiaries.

If there are no surviving primary beneficiaries, your designated contingent beneficiaries will receive the death benefits.

Beneficiary Confirmation Notice                                                                 Page 2

## Basic AD&D

### Primary Beneficiary

| Name | Birth Date | Relationship | Benefit % |
|---|---|---|---|
| SYDNEY S. GRIGGS | ▮▮▮ | Child | Equal |
| B▮▮ C. WILLIAMS | ▮▮▮ | Child | Equal |
|  |  | **Total** | **100%** |

### Contingent Beneficiary

| Name | Birth Date | Relationship | Benefit % |
|---|---|---|---|
| Carlos A. Williams | ▮▮▮ | Spouse | 100% |
|  |  | **Total** | **100%** |

## Employee Life Insurance

### Primary Beneficiary

| Name | Birth Date | Relationship | Benefit % |
|---|---|---|---|
| SYDNEY S. GRIGGS | ▮▮▮ | Child | Equal |
| B▮▮ C. WILLIAMS | ▮▮▮ | Child | Equal |
| Carlos A. Williams | ▮▮▮ | Spouse | Equal |
|  |  | **Total** | **100%** |

## Basic Employee Life

### Primary Beneficiary

| Name | Birth Date | Relationship | Benefit % |
|---|---|---|---|
| SYDNEY S. GRIGGS | ▮▮▮ | Child | Equal |
| B▮▮ C. WILLIAMS | ▮▮▮ | Child | Equal |
|  |  | **Total** | **100%** |

455300040 01808-S000076

Beneficiary Confirmation Notice                                                              Page 3

## Contingent Beneficiary

| Name | Birth Date | Relationship | Benefit % |
|---|---|---|---|
| Carlos A. Williams | ▮▮▮▮ | Spouse | 100% |
| | | **Total** | **100%** |

## For More Information



**Web:** Your Benefits Resources™ at
http://resources.hewitt.com/allstate
**Phone:** 1-888-255-7772, 8 a.m. to 6 p.m., Central Time, Monday through Friday.

**Review Your Summary Plan Descriptions.** The Summary Plan Descriptions (SPDs) and plan documents are the source for the terms and conditions, including limitations and exclusions, for each benefit plan. If there are any discrepancies between the information contained herein and the SPDs or plan documents, the SPDs or plan documents will govern. Allstate reserves the right to change, amend, or terminate the plans or programs at any time.

Your Benefits Resources™ is a trademark of Hewitt Associates LLC.