# EXHIBIT B



# Illinois Department of Insurance

**BRUCE RAUNER**
Governor

**ANNE MELISSA DOWLING**
Acting Director

June 3, 2016

Allstate Life Insurance Company
Advocacy Team
Complaint Management Team
2940 South 84th Street
Lincoln NE  68506

Re:     Complaint number: IL16-03458
        Carlos Williams
         Carol L Williams

Dear Advocacy Team:

The Department of Insurance has reviewed the company response.

On the confirmation of benefits page from November 1, 2013 it lists both Employee Life and Basic Life insurance. Employee Life has three beneficiaries sharing the death benefit equally and Basic Life has two beneficiaries sharing the death benefit equally.  In the 2014 Annual Enrollment documentation it states that Employee Life will automatically become Supplemental Life Insurance.  On the documentation dated May 25, 2014 it lists all of Ms. Williams' benefits including Basic Life and Supplemental Employee Life (Employee Life in 2013).  According to the Confirmation of Benefits documentation from November 1, 2013 that lists Mr. Williams as one of the three beneficiaries equally sharing the Employee Life (changed to Supplemental Employee Life effective January 1, 2014) benefit. Mr. Williams is entitled to one third of the $407,000 benefit plus 10% interest annually from date of death.   I have enclosed all the supporting documentation for your review.

In your response dated May 24, 2016, it states that Ms. Williams made changes on October 31, 2013.  It is the Departments understanding from all documentation sent by the company that these changes took place November 1, 2013; please explain this.

The Department is still waiting on the transaction activity from AonHewitt.  Please indicate when that will be sent for review.

Please review the attached information and provide a written response to my attention no later than June 8, 2016. **The use of the Respondent Message Center for uploading responses is strongly encouraged.**  If your company is not registered on the Message Center, please call me at the number listed below.

320 West Washington St.
Springfield IL 62767
(217) 782-4515
insurance.illinois.gov

If you have any questions, please contact me directly at 217-558-2735.

                                            Very truly yours,

                                            *[signature]*

                                            Jillian Wieland  
                                            Insurance Analyst  
                                            Life Products Complaints  
                                            (866) 445-5364



# Illinois Department of Insurance

**BRUCE RAUNER**
Governor

ANNE MELISSA DOWLING
Acting Director

June 23, 2016

Allstate Life Insurance Company
Advocacy Team
Complaint Management Team
2940 South 84th Street
Lincoln NE  68506


Re:   Complaint number: IL16-03458
      Carlos Williams
      Carol L Williams


Dear Advocacy Team:

The Department of Insurance has reviewed the company response dated June 9, 2016.  In the company response it states, beneficiary choices apply to both the Basic Life Plan and the Supplemental Life Plan, however; the beneficiary confirmation notice provided by the company specifically lists the Employee Life Insurance/ Supplemental Life Insurance beneficiaries as [_____] Carlos Williams, equally sharing this benefit.  Furthermore, the documentation attached with the company response only lists the Basic Life Plan benefit.

After reviewing all documentation from the company, it clearly indicates Carlos Williams is entitled to one third of the $407,000 benefit plus 10% interest annually from date of death.

Please process this payment and provide the Department with verification in writing to my attention no later than June 28, 2016.

If you have questions regarding this matter, please contact me.

Very truly yours,

Jillian Wieland
Insurance Analyst
Life Products Complaints
(866) 445-5364



# Illinois Department of Insurance

**BRUCE RAUNER**
Governor

ANNE MELISSA DOWLING
Acting Director

July 1, 2016

Allstate Life Insurance Company
Advocacy Team
Complaint Management Team
2940 South 84th Street
Lincoln NE 68506

Re:  Complaint number: IL16-03458
     Carlos Williams
     Carol L Williams

Dear Advocacy Team:

The Department of Insurance made an error on the amount of Supplemental Life Insurance benefit amount in the Additional letter sent June 3, 2016 and June 23, 2016. The correct amount that Carlos Williams is entitled to is one third of $470,000 plus 10% interest annually from date of death.

If you have questions regarding this matter, please contact me.

Very truly yours,

Jillian Wieland
Insurance Analyst
Life Products Complaints
(866) 445-5364